UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
BEVERLY B. ROBERTS,                                             CASE NO. 14-22094-RBR
BARRINGTON A. ROBERTS, SR.                                CHAPTER 13

       DEBTOR.
_____/

## OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

COMES NOW Creditor,  Green Tree Servicing LLC, by and through its undersigned legal counsel, and files this written objection to confirmation of Debtor's Proposed Chapter 13 Plan, pursuant to Bankruptcy Rule 3015(f), and as grounds therefor states:

1.      Creditor is a secured creditor holding a secured claim against the Debtor's property, 7438 NW 49th Place, Lauderhill, FL 33319.  The actual amount of the claim as of the date of filing will be reflected in the Creditor's Proof of Claim.

2.      The Plan incorrectly lists Green Tree Loan Servicing as the secured Creditor and Green Tree Servicing LLC should be listed pursuant to the filed Proof of Claim.

3.      The Plan fails to include the pre-petition arrearage amount. The actual secured pre-petition arrearage at the time of filing of the petition will be reflected in the Creditor's Proof of Claim.

4.      The plan contains an incorrect monthly payment amount of $1,258.47. The correct payment amount includes principal, interest, and escrow, if applicable.  The monthly payment amount is subject to change with changes in the interest rate and/or escrow, and the plan must be modified to allow for changes in the monthly payment to be made by the Debtor and/or Trustee

upon notice from the Creditor that said interest rate and/or escrow has changed and therefore the

monthly payment has changed.

5.      The Debtor has failed to file an Attorney-Represented Debtor's Verified Motion

for Referral to Loss Mitigation Mediation.

6.      The Debtor's Chapter 13 Plan provides for a LMM Payment of $1,258.47 per

month, which is less than the 31% of income as required by the mortgage mediation guidelines.

7.      The Chapter 13 Plan does not comply with 11 U.S.C. 1325 and 11 U.S.C. 1322 as

the Plan fails to cure the pre-petition default and is not accepted by the Secured creditor.

WHEREFORE, Creditor requests that this Honorable Court decline confirmation of any

Plan which does not accurately reflect the arrearage, does not include correct name of the Creditor

and does not pay 31% of income as required.

DATED this 30th day of July, 2014.

Respectfully submitted,

S/ Evan S. Singer

_____

Evan S. Singer
Fla. Bar ID: 101406
Timothy D. Padgett, P.A.
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
ess@padgettlaw.net

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to **Beverly B. Roberts** & **Barrington A. Roberts, Sr.**,7438 NW 49 PL, Lauderhill, FL 33319; and electronically to **Adam I Skolnik**, Law Office of Adam I. Skolnik, P.A.,1761 W Hillsboro Blvd Suite 201, Deerfield Beach, FL 33442, *Trustee*, **Robin R Weiner**, POB 559007 Fort Lauderdale, FL 33355, *U.S. Trustee*, **Office of the US Trustee**, 51 S.W. 1st Ave. Suite 1204, Miami, FL 33130, on this 30th day of July, 2014.

            S/ Evan S. Singer

            _____

            Evan S. Singer